890 P.2d 1140

Billy Lee LITTLE, Jr., and Robert A. Hirschfeld, Petitioners,

v.

Hon. Brian R. HAUSER, a judge, Superior Court of the State of Arizona, In and For the County of Maricopa, Respondent Judge,

Lisa LITTLE, Real Party in Interest.

No. CV-94-0271-PR.

Supreme Court of Arizona.

Feb. 28, 1995.

ORDER

It appearing to the Court that the grant of review in this case was improvident,

. IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the petition for review is denied.

FELDMAN, Chief Justice, dissents from this order because he believes that the Court of Appeals should have affirmed the trial court's order on the issue presented: Mr. Little and his attorney violated the trial judge's preliminary injunction by seizing Mrs. Little's automobile and selling it. Justice Feldman would therefore have depublished the opinion.

890 P.2d 1140

In the Matter of the Application for Reinstatement of Garth Virgil SMITH, Bar No. 002381, Petitioner.

No. SB-94-0050-R.
Disc. Comm. No. 93-1690.

Supreme Court of Arizona.

March 2, 1995.

Lindsay K. Slatter, Beverly Hills, CA for petitioner.

Margaret H. Downie, Chief Bar Counsel, Phoenix, for State Bar of Arizona.

ORDER

FELDMAN, Chief Justice.

Applicant **GARTH VIRGIL SMITH,** having filed an "Application for Reinstatement," the Commission having filed a Disciplinary Commission Report, and the Court having granted Applicant **GARTH VIRGIL SMITH's** Application for Reinstatement on July 6, 1994,

IT IS ORDERED that **GARTH VIRGIL SMITH** be and hereby is reinstated as a member of the State Bar of Arizona, that he shall continue to comply with the Therapeutic Contract he entered into with the Membership Assistance Program of the State Bar of Arizona on November 20, 1992, and that he shall abide by the joint stipulation filed with the State Bar of Arizona in this matter on January 11, 1994, which provides that he will not resume the practice of law in Arizona until the pending disciplinary proceedings are concluded.

IT IS FURTHER ORDERED that the reinstatement is effective, *nunc pro tunc,* as of July 6, 1994.